THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Bhaveshkumar R.
 Patel, Respondent,
 v.
 Nayana D.
 Patel, Appellant.
 
 
 

Appeal From Dorchester County
 Nancy Chapman McLin, Family Court Judge
Unpublished Opinion No. 2010-UP-530
Submitted December 1, 2010  Filed
 December 13, 2010    
AFFIRMED

 
 
 
 Glenn Walters and R. Bentz Kirby, both of Orangeburg, for
 Appellant.
 Jan L. Warner and Matthew E. Steinmetz, both of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  In this domestic action, Nayana D. Patel appeals the family court's final order and decree of divorce,
 arguing (1) the order was not a final order because it did not resolve all the
 issues in the case, particularly issues of Hindu law relating to the rights of
 the parties and the division of marital property, and (2) the family court
 should have stayed the action until such time as the Hindu courts finalized
 issues related to Hindu law.  As to both issues, we affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: Doe v. Doe,
 370 S.C. 206, 212, 634 S.E.2d 51, 54 (Ct. App. 2006) ("To preserve an
 issue for appellate review, the issue cannot be raised for the first time on
 appeal, but must have been raised to and ruled upon by the trial court."); Id. at 212, 634 S.E.2d at 54-55 ("Therefore, when
 an appellant neither raises an issue at trial nor through a Rule 59(e), SCRCP,
 motion, the issue is not preserved for appellate review.").
AFFIRMED.
THOMAS, PIEPER, AND GEATHERS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.